# EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

*E-FILED - 8/24/05*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MARK DANIELS, et al. <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-01211 RMW <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS MARK DANIELS AND KISTI DANIELS** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Mark Daniels and Kisti Daniels and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Mark

2116997.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Mark Daniels and Kisti Daniels - 1**

Daniels and Kisti Daniels as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/8/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiffs Mark Daniels and Kisti Daniels

HUSCH & EPPENBERGER, LLC

By: /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

2116997.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Mark Daniels and Kisti Daniels - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MARK DANIELS, et al. ) | Case No.: C 03-01211 RMW |
| Plaintiffs, ) | **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS MARK DANIELS AND KISTI DANIELS** |
| v. ) | |
| OLIN CORPORATION, et al., ) | |
| Defendants. ) | |

THIS MATTER coming on the motion of Plaintiffs Mark Daniels and Kisti Daniels and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Mark Daniels and Kisti Daniels' claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

Dated: 8/24/05

APPROVED
Judge Ronald M. Whyte
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2116997.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Mark Daniels and Kisti Daniels - 3**